UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

NORMAN ABBOTT,
DINAH ABBOTT,

      Plaintiffs,

v.                                                          Civil Action No. 3:08cv665

SUNTRUST MORTGAGE, INC.,

      Defendants.

## SUNTRUST MORTGAGE, INC.'S MOTION FOR LEAVE TO FILE MOTION TO STRIKE FILINGS OF PLAINTIFFS AFTER ENTRY OF ORDER PROHIBITING FURTHER ACTIVITY AND FOR ATTORNEYS' FEES PURSUANT TO 28 U.S.C. § 1927

COMES NOW, Defendant SunTrust Mortgage, Inc. ("SunTrust"), by counsel, and moves the Court for leave to file the Motion to Strike and for Attorneys Fees and Memorandum in Support attached hereto as Exhibits 1 and 2. The grounds for SunTrust requesting this relief is set forth in a contemporaneously filed Memorandum in Support of its Motion for Leave.

WHEREFORE, SunTrust Mortgage, Inc. requests that the Court enter an Order that grants the Motion for Leave to file the Motion to Strike and for Attorneys' Fees and Memorandum in Support, deems filed the Motion to Strike and for Attorneys' Fees and Memorandum in Support as of the date of the Order, and grants to SunTrust such further relief as the Court may deem appropriate.

- 2 -

Respectfully submitted,

SUNTRUST MORTGAGE, INC.

By Counsel

/s/ Travis A. Sabalewski
Curtis G. Manchester (VSB No. 32696)
Travis A. Sabalewski (VSB No. 47368)
Reed Smith LLP
Riverfront Plaza - West Tower
901 East Byrd Street, Suite 1700
Richmond, VA 23219-4068
Telephone: (804) 344-3400
Facsimile: (804) 344-3410
cmanchester@reedsmith.com
tsabalewski@reedsmith.com

Counsel for SunTrust Mortgage, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of January, 2009, a copy of the foregoing was served via first class mail on the following:

Norman Abbott
Dinah Abbott
P.O. Box 50364
Richmond, VA 23250
    Pro Se Plaintiffs

/s/ Travis A. Sabalewski
Curtis G. Manchester (VSB No. 32696)
Travis A. Sabalewski (VSB No. 47368)
Reed Smith LLP
Riverfront Plaza - West Tower
901 East Byrd Street, Suite 1700
Richmond, VA 23219-4068
Telephone: (804) 344-3400
Facsimile: (804) 344-3410
cmanchester@reedsmith.com
tsabalewski@reedsmith.com

Counsel for SunTrust Mortgage, Inc.