UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

NORMAN ABBOTT,
DINAH ABBOTT,

    Plaintiffs,

v.                                      Civil Action No. 3:08cv665

SUNTRUST MORTGAGE, INC.,

    Defendants.

## SUNTRUST MORTGAGE, INC.'S MOTION TO STRIKE FILINGS OF PLAINTIFFS AFTER ENTRY OF ORDER PROHIBITING FURTHER ACTIVITY AND FOR ATTORNEYS' FEES PURSUANT TO 28 U.S.C. § 1927

COMES NOW, Defendant SunTrust Mortgage, Inc. ("SunTrust"), by counsel, and moves the Court to strike all filings of the Plaintiffs after entry herein of the Order dated December 12, 2008, and for an award of attorneys fees pursuant to 28 U.S.C. § 1927. The grounds for SunTrust requesting this relief is set forth in a contemporaneously filed Memorandum in Support of the Motion to Strike.

WHEREFORE, SunTrust Mortgage, Inc. requests that the Court enter an Order that: (1) strikes from the record of this case all filings of the Plaintiffs after December 12, 2008 and prior to entry of an Order ruling upon SunTrust's Motion to Dismiss; (2) directs the Clerk to undertake appropriate activity to remove the documents from the record; (3) awards to SunTrust the attorneys fees that it has incurred in preparing the Motion for Leave and this Motion, and in reviewing the filings of the Plaintiffs in violation of the December 12, 2008 Order of the Court; and grants to SunTrust any further relief that the Court may deem appropriate.

Exhibit 1

        Respectfully submitted,

        SUNTRUST MORTGAGE, INC.

        By Counsel

/s/ Travis A. Sabalewski
Curtis G. Manchester (VSB No. 32696)
Travis A. Sabalewski (VSB No. 47368)
Reed Smith LLP
Riverfront Plaza - West Tower
901 East Byrd Street, Suite 1700
Richmond, VA 23219-4068
Telephone: (804) 344-3400
Facsimile: (804) 344-3410
cmanchester@reedsmith.com
tsabalewski@reedsmith.com

    Counsel for SunTrust Mortgage, Inc.

## CERTIFICATE OF SERVICE

    I hereby certify that on the 6th day of January, 2009, a copy of the foregoing was served via first class mail on the following:

        Norman Abbott
        Dinah Abbott
        P.O. Box 50364
        Richmond, VA 23250
            Pro Se Plaintiffs

        /s/ Travis A. Sabalewski
        Curtis G. Manchester (VSB No. 32696)
        Travis A. Sabalewski (VSB No. 47368)
        Reed Smith LLP
        Riverfront Plaza - West Tower
        901 East Byrd Street, Suite 1700
        Richmond, VA 23219-4068
        Telephone: (804) 344-3400
        Facsimile: (804) 344-3410
        cmanchester@reedsmith.com
        tsabalewski@reedsmith.com

        Counsel for SunTrust Mortgage, Inc.