PROMISSORY NOTE / MONEY ORDER
DESTRUCTION, MUTILATION OR SURRENDER TO MAKER DISCHARGES LIABILITY HEREIN

Registered No. Certified Mail# **7008 0500 0000 4512 8031**

Norman Abbott
P.O. Box 50364
Richmond VA 23250
Phone Number: (804) 716-2082
SS# 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
Pay to **The United States Treasury** via David Conners c/o Suntrust Mortgage Inc.: **$359,511.17**

Please find the exact amount of claim reflected on the attached 1040-Voucher to balance out this account to (0.00)

(Three Hundred Fifty Nine Thousand Five Hundred Eleven Dollars and Seventeen cents)
$359,511.17 USD

Account: SS# 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                                          By: *Norman Abbott*
                                                                 Authorized Representative

Department of Treasury
Internal Revenue Service
Atlanta GA 39901-0102

Payable on demand for Tax period December 2008 (2008 Form 1040)

 (Memo: Reference to P.L. 73-10 and H.J.R. 192 dated June 5, 1933)

                                                          Re: **Tax Statement**
**Certified Mail Return Receipt Requested # 7008 0500 0000 4512 8031**

---

**Certified Mail Return Receipt Requested # 7008 0500 0000 4512 8031**      Return Stamped Copy 1/08/09
C/O Norman Abbott P.O. Box 50364 Richmond VA 23250

Promissory Note for: U.S. Account # 087481362

                    Promissory note in the sum of $359,511.17 (Three Hundred Fifty Nine
Thousand Five Hundred Eleven Dollars and Seventeen cents)
                    Paid to: United States Treasury

                    Date: 1/08/09
Redeemable on January 8, 2039 (see attached AFV presentment)
                    (See H.J.R. 192 dated June 5, 1933)
                    Memo: Issued pursuant to P.L.73-10
Please file stamp this coupon upon receipt of this Money Order and return a copy for file to above post location, when the account has been adjusted via, the United States Treasury Department Internal Revenue c/o Henry M. Paulson Secretary /Treasurer.

**EXHIBIT**

tabbies

1

Form **56**
(Rev. December 2007)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

| Part I | Identification |
| --- | --- |

Name of person for whom you are acting (as shown on the tax return)
*Norman Abbott*

Identifying number
*08-748 1362*

Decedent's social security no.
*087:48:1362*

Address of person for whom you are acting (number, street, and room or suite no.)
*P.O. Box 50364*

City or town, state, and ZIP code (if a foreign address, see instructions.)
*Richmond VA 23250*

Fiduciary's name
*David Conners*

Address of fiduciary (number, street, and room or suite no.)
*901 Semmes Avenue*

City or town, state, and ZIP code
*Richmond VA 23224*

Telephone number (optional)
(     )

| Part II | Authority |
| --- | --- |

1   Authority for fiduciary relationship. Check applicable box:

a(1) ☐ Will and codicils or court order appointing fiduciary        (2) Date of death ........................

b(1) ☐ Court order appointing fiduciary        (2) Date (see instructions) ..................

c   ☐ Valid trust instrument and amendments

d   ☑ Other. Describe ▶ *ALL commercial transactions as directed*

| Part III | Nature of Liability and Tax Notices |
| --- | --- |

2   Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ ___ *ALL*

3   Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ *ALL*

4   Year(s) or period(s) (if estate tax, date of death) ▶ *From 08/30/1957 to present*

5   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for all items described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . ▶ ☐

6   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for some (but not all) of the items described on lines 2, 3, and 4, check here ▶ ☐ and list the applicable federal tax form number and the year(s) or period(s) applicable

------------------------------------------------------------

| Part IV | Revocation or Termination of Notice |
| --- | --- |

### Section A—Total Revocation or Termination

7   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ▶ ☐

Reason for termination of fiduciary relationship. Check applicable box:

a   ☐ Court order revoking fiduciary authority

b   ☐ Certificate of dissolution or termination of a business entity

c   ☐ Other. Describe ▶

### Section B—Partial Revocation

8a   Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . . ▶ ☐

b   Specify to whom granted, date, and address, including ZIP code.
▶ ...................................................

### Section C—Substitute Fiduciary

9   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . ▶ ☐
▶ ...................................................

For Paperwork Reduction Act and Privacy Act Notice, see back page.          Cat. No. 16375I          Form **56** (Rev. 12-2007)

Form 56 (Rev. 12-2007)

Page **2**

## Part V   Court and Administrative Proceedings

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | | Date proceeding initiated | |
|---|---|---|---|---|
| Address of court | | | Docket number of proceeding | |
| City or town, state, and ZIP code | Date | | Time          a.m.<br>                 p.m. | Place of other proceedings |

## Part VI   Signature

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

Please Sign Here ▶

x _Norman Abbott_ ALL RIGHTS RESERVED UCC-207, 1-308
For David Conners
Fiduciary's signature

Suntrust Mortgage Inc.
SFO, SVP, dba
Title, if applicable

01/08/09
Date

Form **56** (Rev. 12-2007)

Served for accommodation with honor, in God faith, With clean hands and arms length, pursuant to our Private contract, by Norman Abbott, accommodation Party for David Conners, accommodated party Authority: UCC3-419 and UCC8.3A-419.

Secretary / Treasurer.

United States Treasury Department Internal Revenue c/o Henry M. Paulson

for file to above post location, when the account has been adjusted via, the

Please file stamp this coupon upon receipt of this Money Order and return a copy

Richmond VA 23250

P.O. Box 50364

Norman Abbott

---

| Form **1040-V** | **Payment Voucher** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Do not staple or attach this voucher to your payment or return. | **2008** |

| 1 Your social security number (SSN) | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order | Dollars | Cents |
|---|---|---|---|---|
| 087 48 1362 | | | 359,511 | 17 |

| 4 Your first name and initial | | Last name |
|---|---|---|
| Norman | | Abbott |
| If a joint return, spouse's first name and initial | | Last name |

Home address (number and street)
P.O. Box 50364                                                     Apt. no.

City, town or post office, state, and ZIP code (If a foreign address, enter city, province or state, postal code, and country.)
Richmond VA 23250

Cat. No. 20975C

David Conners c/o Suntrust Mortgage Inc.   Loan No. 0203812839
901 Semmes Avenue
Richmond VA 23224

CORRECTED (if checked) [X]

| | |
|---|---|
| LENDER'S name, street address, city, state, ZIP code, and telephone no. Norman Abbott P.O. Box 50364 Richmond VA 23250 | OMB No. 1545-0877 2008 Form 1099-A |
| LENDER'S federal identification number 08-7481362 | BORROWER'S identification number Unknown |
| 1 Date of lender's acquisition or knowledge of abandonment 2006 | 2 Balance of principal outstanding $ 359,511.17 |
| BORROWER'S name David Conners c/o Suntrust Mortgage Inc. | 3 |
| | 4 Fair market value of property $ |
| Street address (including apt. no.) 401 Semmes Avenue | 5 Was borrower personally liable for repayment of the debt? [X] Yes [ ] No |
| City, state, and ZIP code Richmond VA 23224 | 6 Description of property Pay to U.S. Treasury Loan No. 0203812839 |
| Account number (see instructions) 087481362 | |

**Acquisition or Abandonment of Secured Property**

**Copy B For Borrower**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

Form 1099-A (keep for your records) Department of the Treasury - Internal Revenue Service

---

[ ] VOID [X] CORRECTED

| | | | |
|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no. David Conners c/o Suntrust Mortgage Inc. 401 Semmes Avenue Richmond VA 23224 | 1 Original issue discount for 2008 $ 359,511.17 | OMB No. 1545-0117 **2008** | **Original Issue Discount** |
| | 2 Other periodic interest $ -0.00- | Form **1099-OID** | |
| PAYER'S federal identification number Unknown / RECIPIENT'S identification number 08-7481362 | 3 Early withdrawal penalty $ -0.00- | 4 Federal income tax withheld $ 359,511.17 | **Copy C For Payer** |
| RECIPIENT'S name Norman Abbott | 5 Description Pay to U.S. Treasury Loan No. 0203812839 | | For Privacy Act and Paperwork Reduction Act Notice, see the **2008 General Instructions for Forms 1099, 1098, 5498, and W-2G.** |
| Street address (including apt. no.) P.O. Box 50364 | 6 Original issue discount on U.S. Treasury obligations $ -0.00- | | |
| City, state, and ZIP code Richmond VA 23250 | 7 Investment expenses $ -0.00- | | |
| Account number (see instructions) 087481362 / 2nd TIN not. [ ] | | | |

Form **1099-OID** Department of the Treasury - Internal Revenue Service