UNITED STATES DISTRICT COURT
701 EAST BROAD STREET SUIT 3000
RICHMOND VIRGINIA 23219



NORMAN ABBOTT,
DINAH ABBOTT,
    Plaintiffs,

v.                          Case No. 3:08CV665

DAVID CONNERS,
JOSE E. APONTE, ESQ.,
KAREN SMITH,
SUNTRUST MORTGAGAE INC.
    Defendants.

## JUDICIAL NOTICE
## EXERCISE OF THE FIRST AMENDMENT
## RIGHT TO THE U.S. CONSTITUTION.

Come now plaintiffs to give notice to this court that plaintiffs are seeking assistance from the office of the U.S. Senate and the Executive Office for U.S. Trustees concerning fraud. Karen Smith has signed a PROOF OF CLAIM form under fraud and Judge Robert E. Payne will not address the FELONY evidence he has before him. It is against the Title 18 USC 2,3, and 4 for Judge Robert E. Payne not to bring the evidence to the grand jury. Enclosed find a copy of the complaints for each office. Plaintiffs have a right to seek assistance in other government agencies. Find a copy of the fraudulent PROOF OF CLAIM filed by KAREN SMITH.

Plaintiffs contest the striking of any MOTIONS, DEFAULTS, DEFAULT JUDGEMENTS and any NOTICES entered into the Court. Plaintiffs have received no justice and defendants have not answered the Congressionally mandated Writ of Assistance. Judge Robert E. Payne is being unfair and unjust according to his actions. The court must be fair to everyone not just the banks. There is no justice in this court with Judge Payne presiding. Judge Payne's ORDER to DISMISS this case is VOID and inconsistent with law and the U.S. Constitution. The law requires Judge Payne to recuse himself from this case. Judge Payne showed no justice to the plaintiffs. Plaintiffs are attacking Judge Payne's VOIDED JUDGEMENT and his jurisdiction in this court. The U.S. Constitution, case law and U.S. Codes is the only jurisdiction the Court can operate under. Any operation outside of that is null and void.

ALL RIGHTS RESERVED UNDER 28 USC 2072(a)(b)

*Norman Abbott* (signature)
Norman Abbott

## CERTIFICATE OF SERVICE

I, Norman Abbott certify that on this 26th day of Feb. 2009 the U.S. DISTRICT COURT OF VIRGINIA was served by U.S. Mail.

U.S. DISTRICT COURT OF VIRGINIA
701 EAST BROAD STREET
RICHMOND VIRGINIA 23219

ALL RIGHTS RESERVED UNDER 28 USC 2072 (a)(b)

*Norman Abbott* (signature)
Norman Abbott

## INSTRUCTION TO THE CLERK

Please send me a stamped copy of this JUDICIAL NOTICE.
Thank you